HONORABLE ROBERT S. LASNIK
Trial Date: March 4, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EL-FATIH P. NOWELL,<br><br>Plaintiff,<br><br>vs.<br><br>TRIMED AMBULANCE, LLC and KENT FIRE DEPARTMENT REGIONAL FIRE AUTHORITY aka PUGET SOUND REGIONAL FIRE AUTHORITY and JOHN DOES 1-4,<br><br>Defendants. | No. 2:17-cv-01133 RSL<br><br>STIPULATED MOTION TO EXTEND MOTION IN LIMINE DEADLINE |

For good cause shown and with the judge's consent, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); see also LCR 16(b)(5). The "good cause" standard primarily considers the diligence of the party seeking the amendment: the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might

---

STIPULATED MOTION TO EXTEND MOTION
IN LIMINE DEADLINE (Cause No. 2:17-cv-
01133 RSL) – 1
jh/JCM6317.093/3119500x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *See also Johnson,* 975 F.2d at 609 (internal citation omitted).

On January 10, 2019, the Court heard oral arguments on Defendants' Motions for Summary Judgment. The Court granted Defendants' Motions in part and denied in part. (Dkt. 33). Following oral arguments, Judge Lasnik urged the parties to re-engage in mediation in light of the Court's ruling.

The Parties have corresponded and have mediation scheduled for February 5, 2019. Pursuant to the Court's Amended Order Setting Trial Date and Related Dates, "[a]ll motions in limine must be filed by and noted on the motion calendar" by February 4, 2019. (Dkt. 19).

The parties respectfully request the Court extend the Motion in Limine deadline one week, or until February 11, 2019, to allow the parties to mediate this matter. All other dates in the Court's Amended Order Setting Trial Date & Related Dates (Dkt. 19) are to remain the same.

IT IS SO STIPULATED THIS 16th day of January, 2019.

By: *s/ J.C. Miller*
Dylan E. Jackson, WSBA #29220
J.C. Miller, WSBA #51932
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Ph: 206-623-4100
Email: jackson@wscd.com
Email:     miller@wscd.com
Attorneys for Defendant Trimed Ambulance

STIPULATED MOTION TO EXTEND MOTION IN LIMINE DEADLINE (Cause No. 2:17-cv-01133 RSL) – 2
jh/JCM6317.093/3119500x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

By: *s/ Megan M. Coluccio*
Megan M. Coluccio, WSBA #44178
Christie Law Group
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Ph: 206-957-9669
Email:   megan@christielawgroup.com
Attorney for Defendant Kent Fire Department Regional Fire Authority aka Puget Sound Regional Fire Authority

By: *s/ Harold H. Franklin, Jr.*
Harold H. Franklin, Jr., WSBA #20486
459 Seneca Avenue N.W.
Renton, WA 98057
Ph: 206-617-7031
Email:   haroldfranklin1@comcast.net
Attorney for Plaintiff El-Fatih P. Nowell

## ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' stipulated motion is granted. The Case Schedule Order in this matter shall be amended as follows:

| | |
|---|---|
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | **February 11, 2019** |
| Agreed pretrial order due | **February 20, 2019** |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | **February 27, 2019** |
| Length of Trial:   4-5 days | **Jury** |

STIPULATED MOTION TO EXTEND MOTION
IN LIMINE DEADLINE (Cause No. 2:17-cv-01133 RSL) – 3
jh/JCM6317.093/3119500x


WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Nothing in this Order shall affect case schedule deadlines that have already passed.

DONE IN OPEN COURT this 17th day of January, 2019.



HONORABLE ROBERT S. LASNIK

By: *s/ J.C. Miller*
Dylan E. Jackson, WSBA #29220
J.C. Miller, WSBA #51932
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Ph: 206-623-4100
Email: jackson@wscd.com
Email:   miller@wscd.com
Attorneys for Defendant Trimed Ambulance

By: *s/ Megan M. Coluccio*
Megan M. Coluccio, WSBA #44178
Christie Law Group
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Ph: 206-957-9669
Email:   megan@christielawgroup.com
Attorney for Defendant Kent Fire Department
Regional Fire Authority aka Puget Sound Regional Fire Authority

By: *s/ Harold H. Franklin, Jr.*
Harold H. Franklin, Jr., WSBA #20486
459 Seneca Avenue N.W.
Renton, WA 98057
Ph: 206-617-7031
Email:   haroldfranklin1@comcast.net
Attorney for Plaintiff El-Fatih P. Nowell

STIPULATED MOTION TO EXTEND MOTION IN LIMINE DEADLINE (Cause No. 2:17-cv-01133 RSL) – 4
jh/JCM6317.093/3119500x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273