1

HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

EL-FATIH P. NOWELL,

Plaintiff,

10

v.

11

TRIMED AMBULANCE, LLC and KENT FIRE

12

DEPARTMENT REGIONAL FIRE AUTHORITY
aka PUGET SOUND REGIONAL FIRE

13

AUTHORITY and JOHN DOES 1-4,

14

Defendants.

NO.  2:17-cv-01133

STIPULATION AND ORDER
OF DISMISSAL

15

16

**STIPULATION**

17

    Plaintiff El-Fatih P. Nowell ("Plaintiff") and defendants Trimed Ambulance, LLC, and Kent

18

Fire Department Regional Fire Authority aka Puget Sound Regional Fire Authority ("Defendants"),

19

through their counsel of record, stipulate that all claims against all defendants may be dismissed

20

with prejudice and without costs to either party.

/ / /

21

/ / /

/ / /

STIPULATION AND ORDER OF
DISMISSAL – 2:17-cv-01133

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1    DATED this _____ day of _____, 2019.

2

3                           CHRISTIE LAW GROUP, PLLC

4

5                     By   /s/Megan M. Coluccio
                           ANN E. TRIVETT, WSBA #39228
                           MEGAN M. COLUCCIO, WSBA #44178
6                          Attorneys for Defendant Kent Fire Department
                           Regional Fire Authority
7

8

9

10                    By    /s/Harold Franklin, Jr.
                           HAROLD H. FRANKLIN, Jr., WSBA #20486
                           Attorney for Plaintiff
11

12

13                         WILSON SMITH COCHRAN DICKERSON

14

15                    By   /s/ J.C. Miller
                           J.C. MILLER, WSBA #51932
16                         Attorney for Defendant Tri-Med Ambulance, LLC

17

18

19

20

21

STIPULATION AND ORDER OF
DISMISSAL – 2:17-cv-01133

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court by way of stipulation entered by plaintiffs and defendants to dismiss all claims against all defendants with prejudice and without costs to either party, and the Court being fully advised, now, therefore, it is hereby ORDERED as follows:

All claims against all defendants brought by plaintiffs are hereby dismissed with prejudice and without costs to any party.

DATED this 22nd day of February, 2019.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

CHRISTIE LAW GROUP, PLLC

By _Megan M. Coluccio_____
ANN E. TRIVETT, WSBA #39228
MEGAN M. COLUCCIO, WSBA #44178
Attorneys for Defendant Kent Fire Department
Regional Fire Authority

Approved for Entry, Copy Received;
And Notice of Presentation Waived:

By____/s/Harold Franklin, Jr._____
HAROLD H. FRANKLIN, Jr., WSBA #20486
Attorney for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL – 2:17-cv-01133

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1 | WILSON SMITH COCHRAN DICKERSON

2

3

By   /s/ J.C. Miller
4 | J.C. MILLER, WSBA #51932
Attorney for Defendant Tri-Med Ambulance, LLC

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

STIPULATION AND ORDER OF
DISMISSAL – 2:17-cv-01133

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669